## Raymond HAMILTON v. STATE.
### No. 16317.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

Baskett & De Lee, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

## Raymond HAMILTON v. STATE.
### No. 16227.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

## Raymond HAMILTON v. STATE.
### No. 16318.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

Baskett & De Lee, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for twenty-five years.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.